STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
SAMUEL APPICE, DEFENDANT-APPELLANT.

Submitted September 21, 1953—Decided September 28, 1953.

*Mr. Samuel Appice, in propria persona.*

*Mr. H. Russell Morss, Jr.,* for the respondent.

PER CURIAM. The judgment appealed from is affirmed for the reasons expressed in the opinion of Judge Goldmann in the Superior Court, Appellate Division.

*For affirmance*—Justices HEHER, OLIPHANT, BURLING, JACOBS and BRENNAN—5.

*For reversal*—Chief Justice VANDERBILT, and Justice WACHENFELD—2.